O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiffs*
By:   Mark E. Belland, Esquire
      Mark E. Poist, Esquire

| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711, et al, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Plaintiffs, | Civil Action No.: 13-04332 (JHR-AMD) |
| vs. | |
| CPC ENTERPRISES, | DEFAULT JUDGMENT |
| Defendant. | |

THIS MATTER having come before the Court on Plaintiffs' request for entry of default judgment, it is on this __2nd__ day of __December__, 2013,

IT IS ORDERED AND ADJUDGED that Plaintiffs, International Union of Painters and Allied Trades District Council 711, et al. ("the Funds"), shall recover from defendant, CPC ENTERPRISES, the sum of **$4,968.35**, which is inclusive of interest and attorney's fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
JOSEPH H. RODRIGUEZ, U. S. D. C. J.